DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARQUIS ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1491

[July 19, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit; Bernard I. Bober, Judge; L.T. Case No. 08-17436 CF10B.

Marquis Allen, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***